[No. 6803–6–II.   Division Two.   June 27, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
R. TILLBROOK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 82–1–00406–5, John N. Skimas, J., entered
December 30, 1982. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5583–3–III.   Division Three.   June 28, 1984.]

ROSALIE I. CAMPBELL, *as Personal Representative,
Appellant*, v. HANFORD ENVIRONMENTAL
HEALTH FOUNDATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81–2–01182–6, Duane E. Taber, J., entered
December 30, 1982. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 5734–8–III.   Division Three.   June 28, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EDWARD TOLLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–1–00022–1, John J. Ripple, J., entered
March 29, 1983. *Affirmed* by unpublished opinion per
Green, A.C.J., concurred in by McInturff and Thompson,
JJ.